IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| IN RE: | Chapter 13 |
| JoAnn W Bailey and David A Bailey | No.   11-22445 |
| Debtor | Hon.  Manuel Barbosa |
| | Kane County |

## RESPONSE TO NOTICE OF FINAL CURE - STATEMENT OF OUTSTANDING PAYMENT OBLIGATIONS

Select Portfolio Servicing, Inc., Servicing agent for, U.S. Bank National Association, as trustee, on behalf of the holders of the Home Equity Asset Trust 2006-4 Home Equity Pass-Through Certificates, Series 2006-4, files this, its Response to Notice of Final Cure - Statement of Outstanding Payment Obligations of Debtor:

Select Portfolio Servicing, Inc. agrees that the Trustee has paid all arrears in full.

$600.00 remains due and owing from Debtor itemized as follows:

$550.00 in attorney fees for pre-confirmation legal services
$50.00 for filing this notice

The debtor may (i) within 30 days of service of the statement, challenge the accuracy of the statement by motion filed with the court, on notice to the Select Portfolio Servicing, Inc. and the standing trustee, with the court resolving the challenge as a contested matter, or (ii) propose a modified plan to provide for payment of additional amounts that the debtor;

To the extent the amounts set forth in this Response to Notice of Final Cure - Statement of Outstanding Payment Obligations are not determined by the court to be invalid or are not paid by the debtors through the modified plan, the right of Select Portfolio Servicing, Inc. to collect these amounts will be unaffected.

Submitted by:

/s/ Nisha Parikh
Attorney for Select Portfolio Servicing, Inc.

Nisha Parikh - ARDC # 6298613
Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201 6679