**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: | Chapter 13 |
| JoAnn W. Bailey and David A. Bailey | No.   11-22445 |
| Debtor | Hon.  Donald R. Cassling |

### NOTICE OF FILING OF RESPONSE TO NOTICE OF FINAL CURE

**To: See attached Service List**

PLEASE TAKE NOTICE that on May 19, 2016, I filed the attached <u>Response to Notice of Final Cure</u>, a copy of which is hereby served upon you.

_____/s/ Ross Brand_____

**Certificate of Service**

The undersigned certifies that she served a copy of the Notice of Filing and <u>Response to Notice of Final Cure</u> on the Debtor by depositing same in the United States mail at 65 E. Wacker Place, Chicago, Illinois 60601 at 5:00 p.m. with proper postage prepaid and via electronic notification on Roxanna Hipple and Glenn B. Stearns on May 19, 2016.

_____/s/ Ross Brand_____

Ross Brand - Kluever & Platt, LLC
65 E. Wacker Place, Ste. 2300,
Chicago, IL 60601
312-201-6769

**<u>This is an attempt to collect a debt.  Any information obtained will be used for that purpose.</u>**

**SERVICE LIST**

JoAnn W. Bailey and David A. Bailey
1061 Huron Drive
Elgin, IL 60120

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL 60532

Roxanna Hipple
Kumor & Hipple PC
303 West Main Street
West Dundee, IL 60118